RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/1/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HASKELL D. WALL<br>La. DOC # 530111 | CIVIL ACTION NO. 3:13-cv-0696 |
| VS. | SECTION P |
| | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN STEVE RADER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to Section 2254 be **DISMISSED WITH PREJUDICE** as duplicative and for failing to exhaust available State court remedies.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _____ day of __July__, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE